**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PIERRE OSAMA ZARIF HANNA,     )    NO. 5:26-cv-00267-ODW-KS

         Petitioner,             )

         v.                       )    **ORDER ACCEPTING FINDINGS AND**

ERNESTO SANTACRUZ JR. et al.,      )    **RECOMMENDATIONS OF UNITED**
                                          )    **STATES MAGISTRATE JUDGE**

         Respondents.       )

_____ )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition") and all the records herein, Respondents' Return to the Petition, Petitioner's Traverse to the Petition, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: June 17, 2026

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE