# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PIERRE OSAMA ZARIF HANNA,  ) NO. 5:26-cv-00267-ODW-KS
            Petitioner,  )
                       )
      v.  ) **JUDGMENT**
                       )
ERNESTO SANTACRUZ JR. et al.,  )
                       ) **JS-6**
          Respondents.  )
                       )
_____ )

      IT IS ADJUDGED that the Petition is DENIED and the case is DISMISSED WITH PREJUDICE.

DATED: June 17, 2026

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE